1  EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
2  BARBARA J. SEIDMAN, State Bar No. 137638
   Supervising Deputy Attorney General
3  SUSAN E. SLAGER, State Bar No. 162942
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 322-5471
6   Fax: (916) 324-5567
    E-mail: Susan.Slager@doj.ca.gov
7  *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIREEN WRIGLEY, | 2:10-CV-00703-WBS-EFB |
| Plaintiff, | **STIPULATION AND ORDER REGARDING DEFENDANTS' REQUEST FOR CONTINUANCE OF HEARING DATE** |
| v. | |
| **NORMA AQUAVIVA, in her personal capacity, DOROTHY SWINGLE, in her personal capacity, STAN ARMASKUS, in her personal capacity, MICHAEL D. McDONALD, in her personal capacity, JOHN NEPOMECENO, in her personal capacity, ANTHONY R. THOMPSON, in her personal capacity, the CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,** | Action Filed: March 24, 2010 |
| Defendants. | |

Defendants' Motion to Dismiss and Defendants' Anti-SLAPP motion are each currently scheduled for hearing on August 2, 2010.  Defendants' counsel has a scheduling conflict, and Plaintiff's counsel is agreeable to stipulating to a continuance of the hearing date.  The parties

have checked the Court's available dates and hereby stipulate to continue the hearing date for both motions from August 2, 2010, to August 30, 2010, subject to the Court's approval.

Dated: July 6, 2010        /s/ Elisa Ungerman
                           Elisa Ungerman
                           Counsel for Plaintiff, Shireen Wrigley

Dated: July 6, 2010        /s/ Susan E. Slager
                           Susan E. Slager
                           Counsel for Defendants

**IT IS SO ORDERED**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DATED: July 8, 2010