1  ELISA W. UNGERMAN, State Bar No.
   UNGERMAN LAW OFFICES
2  331 J Street, Suite 200
   Sacramento, CA 95814
3  Telephone:  (916) 447-2484
   Fax:  (916) 334-2924
4  Email:  Ungermanlaw@aol.ccom
   *Attorney for Plaintiff*
5

6  KAMALA D. HARRIS,
   Attorney General of California
7  BARBARA J. SEIDMAN, State Bar No. 137638
   Supervising Deputy Attorney General
8  SUSAN E. SLAGER, State Bar No. 162942
   Deputy Attorney General
9  1300 I Street, Suite 125
   P.O. Box 944255
10 Sacramento, CA 94244-2550
   Telephone:  (916) 322-5471
11 Fax:  (916) 324-5567
   E-mail:  Susan.Slager@doj.ca.gov
12 *Attorneys for Defendants*

13                   UNTIED STATES DISTRICT COURT

14                   EASTERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| 16  SHIREEN WRIGLEY, an individual, | Case No.: 2:10-CV-00703-WBS-EFB |
| 17                Plaintiff, | |
| 18        vs. | |
| 19 | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 20  NORMA AQUAVIVA, in her personal capacity; DOROTHY SWINGLE, in her | |
| 21  personal capacity, STAN ARMASKUS, in his personal capacity, MICHAEL D. | |
| 22  MCDONALD, in his personal capacity, JOHN NEPOMECENO in his personal capacity, | |
| 23  ANTHONY R. THOMPSON, in his personal capacity, the CALIFORNIA DEPARTMENT | |
| 24  OF CORRECTIONS AND REHABILITATION, and DOES 1 through 20, | |
| 25  inclusive, | |
| 26              Defendants. | |

Stipulation of Dismissal with Prejudice - 1

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Plaintiff, Shireen Wrigley, by and through her undersigned attorney, and Defendants, Norma Aquaviva, Dorothy Swingle, Stan Armaskus, Michael D. McDonald, John Nepomeceno, Anthony R. Thompson, California Department of Corrections and Rehabilitation, by and through their undersigned attorneys, hereby stipulate and agree that the above-captioned case be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).  The parties agree that this stipulation is entered in good faith and all defendants waive any and all costs.  The undersigned representatives of each party certify that they are fully authorized by the party or parties they represent, agree to this dismissal.  Notwithstanding the dismissal of this action, the parties hereby stipulate and respectfully request that the U.S. District Court retain jurisdiction.

Dated:  May 25, 2011

UNGERMAN LAW OFFICE

/s/ Elisa W. Ungerman

ELISA W. UNGERMAN
*Attorney for Plaintiff*

Dated:  May 25, 2011

KAMALA D. HARRIS
Attorney General of California
BARBARA J. SEIDMAN
Supervising Deputy Attorney General

/s/ Susan E. Slager

SUSAN E. SLAGER
Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED:

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

May 26, 2011